<u>**Dews-Miller v. Clinton, No. 06-cv-1764 (D.D.C. April 27, 2010)**</u>
**APPENDIX A:  Summary of Counts in Amended Complaint**

| COUNT NO. | DESCRIPTION | CITED AUTHORITY* | PROCEDURAL HISTORY |
|---|---|---|---|
| I | Reprisal for Pl.'s disclosure of employees' misuse of AmEx accounts and for Pl.'s prior EEOC activity.<br>• Received two "minimally successful" ratings<br>• Placed on AWOL status<br>• Denied a Within Grade Increase<br>• Terminated on December 9, 1996 | • Whistleblower Protection Act of 1989, 5 U.S.C. § 2302<br>• Title VII | • Raised under Whistleblower Protection Act in 1995 and 1996 OSC complaints (except "minimally successful" ratings).<br>• Raised under Title VII in March 28, 1996 OCR Complaint; exhausted through EEOC process. |
| II<br><br>III | Failure to comply with procedural requirements to counsel/assist employees with "minimally successful" ratings<br>• From 5/1/94 – 1/24/95 (Count II)<br>• From 2/1/95 – 7/31/95 (Count III) | • CSRA:<br>5 U.S.C. § 1101<br>5 U.S.C. § 4302 | • Never raised before under the CSRA.<br>• Raised under Title VII in March 28, 1996 OCR Complaint; exhausted through EEOC process. |
| IV | Def.'s acts and omissions constitute violations of First and Fifth Amendments<br>• Right to free speech and association<br>• Liberty<br>• Procedural due process<br>• Substantive due process<br>• Equal protection<br>• Privacy | • Constitution | • Never raised before. |
| V<br><br>VI<br><br>VII<br><br>VIII<br><br>IX | Def. failed to provide Pl. with at least 30 days' written notice prior to:<br>• Termination (Count V)<br>• Denial of Within Grade Increase (Count VI)<br>• Termination of appt. to OIG (Count VII)<br>• Conversion of career appt. to temporary appt. (Count VIII)<br>• Placement on AWOL (Count IX) | • CSRA:<br>5 U.S.C. § 7513 | • Never raised before under the CSRA.<br>• Arguably within scope of 3/28/96 OCR Title VII complaint. |

APPENDIX A: Summary of Counts in Amended Complaint

| COUNT NO. | DESCRIPTION | CITED AUTHORITY* | PROCEDURAL HISTORY |
|---|---|---|---|
| X | Failure to comply with 1989 EEOC decision directing Def. USIA to pay Pl. for time placed on AWOL | • 29 C.F.R. § 1614.108 | • Never raised before under regulation. No notice from EEOC of right to file claim in court.<br>• Arguably within scope of 3/28/96 OCR Title VII complaint. |
| XI | Failure to generate a SF-50 for detail to Office of Comptroller | • Violation of 1995 Settlement Agreement | • Raised under Title VII in 10/10/95 OCR complaint and in the 1998 Case, and as a breach of contract claim in the 1998 Case. |
| XII | Failure to pay overtime at Office of Comptroller | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Arguably within scope of 3/28/96 OCR Title VII complaint. |
| XIII | Failure to promote Plaintiff during O/C detail pursuant to Manual | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Arguably within scope of 3/28/96 OCR Title VII complaint. |
| XIV | Agreement is void for vagueness – failure to provide clear standards for position held at Office of Comptroller | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Not within scope of 3/28/96 OCR Title VII complaint. |
| XV | Failure to provide training for new position. | • Violation of 1995 Settlement Agreement | • Raised under Title VII in 10/10/95 OCR complaint and in the 1998 Case, and as a breach of contract claim in the 1998 Case. |
| XVI | Agreement purported to obligate Office of Personnel to place Pl., but Office of Personnel didn't sign. | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Not within scope of 3/28/96 OCR Title VII complaint. |
| XVII | USIA didn't meet obligation re: performance evaluations during 3-month probationary period. | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Arguably within scope of 3/28/96 OCR Title VII complaint. |

APPENDIX A: Summary of Counts in Amended Complaint

| COUNT NO. | DESCRIPTION | CITED AUTHORITY* | PROCEDURAL HISTORY |
|---|---|---|---|
| XVIII | USIA didn't rate Pl.'s performance at end of 3-month probationary period. | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Arguably within scope of 3/28/96 OCR Title VII complaint. |
| XIX | Agreement didn't require Def. to act in good faith. | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Not within scope of 3/28/96 OCR Title VII complaint. |
| XX | (none) | | |
| XXI | O/C failed to counsel Pl. before "minimally successful" rating | • Violation of 1995 Settlement Agreement | • Raised under Title VII in 10/10/95 OCR complaint and in the 1998 Case, and as a breach of contract claim in the 1998 Case. |
| XXII | USIA failed to keep terms of Agreement confidential. | • Violation of 1995 Settlement Agreement | • Never raised before as breach of contract claim.<br>• Arguably within scope of 3/28/96 OCR Title VII complaint. |

*Plaintiff argues in her Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment that the entire pro se Amended Complaint is brought under Title VII.*